| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____

Chapter you are filing under:
- ☐ Chapter 7
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Fountains of Boynton Associates, Ltd.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
65-0404407

**4. Debtor's address**

**Principal place of business**

6849 Cobia Circle  
Boynton Beach, FL 33437  
Number, Street, City, State & ZIP Code

Palm Beach  
County

**Mailing address, if different from principal place of business**

_____  
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

_____  
Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**  _____

**6. Type of debtor**
- ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ■ Partnership
- ☐ Other. Specify: _____

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 1

Debtor  **Fountains of Boynton Associates, Ltd.**    Case number (*if known*) _____
           Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.

_____

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ | Case number, if known _____ |

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 2

Debtor **Fountains of Boynton Associates, Ltd.**   Case number (*if known*) _____
　　　　Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
　　　　　　　　　　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
　　　　　Contact name _____
　　　　　Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Fountains of Boynton Associates, Ltd.**
Name

Case number (*if known*) _____

## Request for Relief, Declaration, and Signature

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 5, 2016**
MM / DD / YYYY

**X** **/s/ John B. Kennelly**                           **John B. Kennelly**
Signature of authorized representative of debtor        Printed name

Title **Manager**

**18. Signature of attorney**

**X** **/s/ Bradley S. Shraiberg**                       Date **February 5, 2016**
Signature of attorney for debtor                         MM / DD / YYYY

**Bradley S. Shraiberg**
Printed name

**Shraiberg, Ferrara, & Landau P.A.**
Firm name

**2385 NW Executive Center Dr**
**Suite 300**
**Boca Raton, FL 33431**
Number, Street, City, State & ZIP Code

Contact phone **561 443 0800**       Email address **bshraiberg@sfl-pa.com**

**121622**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Fountains of Boynton Associates, Ltd.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February 5, 2016**       X **/s/ John B. Kennelly**
                                          Signature of individual signing on behalf of debtor

                                          **John B. Kennelly**
                                          Printed name

                                          **Manager**
                                          Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**
Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                       Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name: **Fountains of Boynton Associates, Ltd.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF FLORIDA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders      12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Advanced Fire & Security<br>PO Box 668370<br>Pompano Beach, FL 33066 | | Fire Alarm Monitoring | | | | $460.00 |
| AT&T<br>P.O. Box 105262<br>Atlanta, GA 30348-5262 | | Phone | | | | $150.00 |
| Flatiron Capital Insurance<br>1700 Lincoln Street<br>Denver, CO 80203 | | Monthly Insurance Payment | | | | $19,500.00 |
| Florida Department of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | | Monthly Estimated Sales Tax | | | | $14,000.00 |
| Florida Power & Light<br>General Mail Facility<br>Miami, FL 33188-0001 | | Monthly Utilities - Electric | | | | $2,700.00 |
| Future Energy Solutions Contracts<br>No. 1 Prospect Park<br>5400 NW 35th Ave<br>Fort Lauderdale, FL 33309 | | Monthly draft for savings alleged - New Technology parking lot lighting system | Disputed | | | $1,809.99 |
| Hessler Paint & Decorating Center II, LL<br>4591 W. Atlantic Ave<br>Delray Beach, FL 33445 | | Judgment recorded in ORB 25657, Page 1030 | | | | $16,435.70 |

Debtor  **Fountains of Boynton Associates, Ltd.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Internal Revenue Service** Attn: Special Procedures P.O. Box 34045 Stop 572 Jacksonville, FL 32202 | | For Information Purposes | | | | **Unknown** |
| **Internal Revenue Service** P.O. Box 7346 Philadelphia, PA 19114 | | For Information Purposes | | | | **Unknown** |
| **Office of Attorney General** State of Florida The Capitol PL-01 Tallahassee, FL 32399-1050 | | For Information Purposes | | | | **Unknown** |
| **Palm Beach County Water Utilities Dept.** 9045 Jog Road Boynton Beach, FL 33472 | | Monthly Utilities - Water & Sewer | | | | **$4,000.00** |
| **Republic Services** 18500 N. Allied Way Phoenix, AZ 85054 | | Monthly Utilities - Trash Haul | | | | **$2,400.00** |
| **SEC Headquarters** 100 F Street, NE Washington, DC 20549 | | For Information Purposes | | | | **Unknown** |
| **Securities and Exchange Commission** 801 Brickell Ave., Suite 1800 Miami, FL 33131 | | For Information Purposes | | | | **Unknown** |
| **Specimen Tree and Landscape Service Specialized Industries, Inc.** 6849 Cobia Circle Boynton Beach, FL 33437 | | Balance due for ongoing common area maintenance | | | | **$1,610,573.03** |
| **United States Attorney General's Office** US Department of Justice 950 Pennsylvania Avenue Washington, DC 20530-0001 | | For Information Purposes | | | | **Unknown** |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

Debtor **Fountains of Boynton Associates, Ltd.**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **US Attorney Southern District of Florida 500 South Australian Avenue Suite 400 West Palm Beach, FL 33401** | | **For Information Purposes** | | | | **Unknown** |

# United States Bankruptcy Court
## Southern District of Florida

In re   **Fountains of Boynton Associates, Ltd.**                               Case No.
                                         Debtor(s)                              Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the partnership named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.


Date:   **February 5, 2016**            **/s/ John B. Kennelly**
                                        **John B. Kennelly**/**Manager**
                                        Signer/Title

.

Advanced Fire & Security
PO Box 668370
Pompano Beach, FL 33066


AT&T
P.O. Box 105262
Atlanta, GA 30348-5262


Flatiron Capital Insurance
1700 Lincoln Street
Denver, CO 80203


Florida Department of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668


Florida Power & Light
General Mail Facility
Miami, FL 33188-0001


Future Energy Solutions Contracts No. 1
Prospect Park
5400 NW 35th Ave
Fort Lauderdale, FL 33309


Hanover Acquisition 3, LLC
c/o Emily Y. Rossmann, Esq.
McGuireWoods, LLP
50 N. Laura Street, Ste 3300
Jacksonville, FL 32202


Hanover Acquisition 3, LLC
c/o The Guardian Life Insururance Co
7 Hanover Square - Mail Station H20C
New York, NY 10004-4025


Hessler Paint & Decorating Center II, LL
4591 W. Atlantic Ave
Delray Beach, FL 33445


Internal Revenue Service
Attn: Special Procedures
P.O. Box 34045
Stop 572
Jacksonville, FL 32202

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19114


Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050


Palm Beach County Water Utilities Dept.
9045 Jog Road
Boynton Beach, FL 33472


Republic Services
18500 N. Allied Way
Phoenix, AZ 85054


SEC Headquarters
100 F Street, NE
Washington, DC 20549


Securities and Exchange Commission
801 Brickell Ave., Suite 1800
Miami, FL 33131


Specimen Tree and Landscape Service
Specialized Industries, Inc.
6849 Cobia Circle
Boynton Beach, FL 33437


United States Attorney General's Office
US Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530-0001


US Attorney Southern District of Florida
500 South Australian Avenue
Suite 400
West Palm Beach, FL 33401