## United States Bankruptcy Court
### Southern District of Florida

In re   **Fountains of Boynton Associates, Ltd.**                             Case No.   **16-11690**
                            Debtor(s)                                          Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Fountains of Boynton Corporation**<br>333 Key Palm Rd<br>Boca Raton, FL 33432 | | 5% | General Partner |
| **John B. Kennelly**<br>6849 Cobia Circle<br>Boynton Beach, FL 33437 | | 95% | Limited Partner |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **February 5, 2016**                          Signature   **/s/ John B. Kennelly**
                                                                 **John B. Kennelly**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.