# CERTIFICATE OF CORPORATE RESOLUTION

I, the President of Fountains of Boynton Corp., the General Partner ("**General Partner**") of **Fountains of Boynton Associates, Ltd.** (the "**Company**"), a limited partnership under the laws of the State of Florida, do hereby certify that a special meeting of the General Partner of the Company duly called on the **4th day of February, 2016,** at which a quorum was present and acting throughout, the following resolutions, none of which have been rescinded or amended or duly moved, were seconded and adopted, and all of which are in full force and effect.

1) **RESOLVED:** That, in the judgment of the General Partner, it is desirable and in the best interests of the Company, its creditors, partners and other interested parties, that the Company file for voluntary relief under Chapter 11 of the Bankruptcy Code (the "**Bankruptcy**") and it is further

2) **RESOLVED:** That, **John B. Kennelly** is hereby designated as the responsible party to act on behalf of the Company, and **John B. Kennelly** shall be authorized to execute and file all petitions, schedules, lists and other papers and to take any and all action which he deems necessary or proper in connection with the Bankruptcy; and it is further

3) **RESOLVED:** That, the Company is authorized to employ the law offices of **SHRAIBERG, FERRARA & LANDAU, P.A.** ("**SFL**") as its attorneys in connection with the Bankruptcy under such terms and conditions as it, in its sole discretion, deems appropriate until further direction of the General Partner; *provided, however*, that the Company is authorized to pay **SFL** a fee retainer for payment of attorneys' fees and reimbursement of expenses in connection with services to be rendered in the Bankruptcy, and it is further

4) **RESOLVED:** That, the Company, subject to authorization of the Court, is authorized to employ such other professional persons in the Bankruptcy, under such terms and conditions as **Fountains of Boynton Associates, Ltd.,** in its discretion, deem appropriate until further direction of the General Partner with payment being subject to award by the Court.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 4th day of **February, 2016.**

FOUNTAINS OF BOYNTON ASSOCIATES, LTD.

_____
John B. Kennelly, President