CGFI2 (12/1/15)

# United States Bankruptcy Court
**Southern District of Florida**
www.flsb.uscourts.gov

Case Number: 16–11690–EPK
Chapter: 11

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Fountains of Boynton Associates, Ltd.
6849 Cobia Circle
Boynton Beach, FL 33437
EIN: 65–0404407

## NOTICE OF DEADLINE(S) TO CORRECT FILING DEFICIENCY(IES)

**NOTICE IS HEREBY GIVEN TO THE DEBTOR** that the above referenced case, which was filed on **February 5, 2016**, contains one or more filing deficiency(ies) which must be corrected. **Failure to correct a deficiency on or before the deadline posted below the listed deficiency may result in the document(s) being stricken and/or dismissal of this case without further notice.** Deficiencies in items listed below may include failure to file the document, failure to sign the document, or failure to file the document using the correct and/or current form that substantially conforms to an Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.flsb.uscourts.gov.

**DEFICIENCY(IES) in your case:** You must correct the following deficiency(ies) by the date indicated below each deficiency.

**The petition was not accompanied by a corporate ownership statement as required by Bankruptcy Rule 1007(a)(1) and Local Rule 1002–1(A)(2).**
**Deadline to correct deficiency: 2/16/16**

**Schedules of assets and liabilities.** The following schedules were not filed OR were not filed using the correct and/or current Official Bankruptcy Form.
**Deadline to correct deficiency: 2/19/16**

- Official Bankruptcy Form 206Sum, Summary of Your Assets and Liabilities – Non–Individual
- Official Bankruptcy Form 206A/B, Schedule A/B: Property – Non–Individual
- Official Bankruptcy Form 206D, Schedule D: Creditors who Hold Claims Secured By Property – Non–Inidividual
- Official Bankruptcy Form 206E/F, Schedule E/F: Creditors Who Have Unsecured Claims – Non–Individual
- Official Bankruptcy Form 206G, Schedule G: Executory Contracts and Unexpired Leases – Non–Individual
- Official Bankruptcy Form 206H, Schedule H: Your Codebtors – Non–Individual

**Declaration Concerning Debtor's Schedules** (Official Bankruptcy Form 202, Declaration Under Penalty of Perjury for Non–Individual Debtors) was not filed or was not signed. See Bankruptcy Rules 1007 and 1009, and Local Rules 1007–2(B) and 1009–1(D).
**Deadline to correct deficiency: 2/19/16**

- ☑ Declaration not filed
- ☐ Declaration not signed
- ☐ Declaration must be filed with deficient schedules listed above

**Statement of Financial Affairs** (Official Bankruptcy Form 207 Statement of Your Financial Affairs) not filed completely or was not signed. See Bankruptcy Rule 1007(b) and (c).
**Deadline to correct deficiency: 2/19/16**

- ☑ Statement not filed
- ☐ Statement not signed
- ☐ Statement incomplete

**Please also be advised** of the following local requirement when correcting any deficiency related to filing of petitions, schedules, statements or lists:

The Local Form "Debtor's Notice of Compliance with Requirements for Amending Creditor Information" (LF–04) and the Official Bankruptcy Form "Declaration About an Individual Debtor's Schedules" must accompany the filing of any paper submitted subsequent to the filing of the initial service matrix. [See Bankruptcy Rules 1007 and 1009, and Local Rules 1007–2(B) and 1009–1(D)]. If the paper you are filing to correct the deficiency requires you to amend your service matrix, please review the "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" for additional format, fee and other requirements.

**Dated:** 2/8/16                                **CLERK OF COURT**
                                                 By: Randy Eisenberg , Deputy Clerk

*Copies to:*   Debtor
               Attorney for Debtor