UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

FOUNTAINS OF BOYNTON
ASSOCIATES, LTD.,

Debtor.

Case No. 16-bk-11690-EPK
CHAPTER 11

## NOTICE OF APPEARANCE AND REQUEST
## FOR NOTICE AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned proceeding on behalf of Hanover Acquisition 3 LLC and, pursuant to Bankruptcy Rules 2002 and 9010(b) and section 1109(b) of the Bankruptcy Code, requests that all notices given or required to be given and all papers served in this case be delivered and served upon the party identified below at the following address:

> Emily Y. Rottmann
> McGUIREWOODS LLP
> 50 N. Laura Street
> Suite 3300
> Jacksonville, FL 32202
> Telephone: (904) 798-3200 / Facsimile: (904) 798-3207
> Email: erottmann@mcguirewoods.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this proceeding.

PLEASE TAKE FURTHER NOTICE that the foregoing simply constitutes a request for service and does not constitute consent to the jurisdiction of the Bankruptcy Court or a waiver of the right to a jury trial.

McGUIREWOODS LLP

By  */s/ Emily Y. Rottmann*
Sara F. Holladay-Tobias (FL Bar No. 0026225)
Emily Y. Rottmann (FL Bar No. 0093154)
Courtney A. McCormick (FL Bar No. 92879)
50 N. Laura Street, Suite 3300
Jacksonville, Florida 32202
(904) 798-3200
(904) 798-3207 (fax)
stobias@mcguirewoods.com
erottmann@mcguirewoods.com
cmccormick@mcguirewoods.com

*Attorneys and Trial Counsel for*
*Hanover Acquisition 3 LLC*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on February 8, 2016. I also certify that the foregoing document is being served this day on the following counsel of record via transmission of Electronic Filing generated by CM/ECF:

| | |
|---|---|
| Bradley S. Shraiberg, Esquire | U.S. Trustee |
| 2385 NW Executive Center Drive | Office of the US Trustee |
| #300 | 51 S.W. 1st Avenue |
| Boca Raton, FL  33431 | Sutie 1204 |
| bshraiberg@sfl-pa.com | Miami, FL  33130 |

*Attorney for Debtor*

*/s/ Emily Y. Rottmann*
Attorney

74988536v1

2