UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

FOUNTAINS OF BOYNTON ASSOCIATES, LTD.,

Case No. 16-11690-EPK

Debtor.

Chapter 11

_____/

### *EX PARTE* MOTION FOR EXTENSION OF TIME TO FILE CASE MANAGEMENT SUMMARY

Debtor in Possession, Fountains of Boynton Associates, Ltd. (the "Debtor"), pursuant to Local Rules 2081–1 and 9013–1, files this *Ex Parte Motion for Extension of Time to File Case Management Summary* (the "Motion").[1] The Motion seeks the entry of an order extending the time within which the Debtor must file its case management summary by two days. In support of the Motion, the Debtor states:

1. On February 5, 2016 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 the Bankruptcy Code.

2. The current deadline to file its case management summary is February 10. *See* Local Rule 2018–1(B).

3. The Debtor is in the process of finalizing the case management summary and requires a brief extension of time to verify certain information therein. The Debtor requests that the Court extend the deadline to file the case management summary by two days, through and including February 12. The extension is not being sought for purposes of delay and will not prejudice any interested party.

4. The Debtor has electronically submitted a proposed order the foregoing relief.

---

[1] The Debtor is currently finalizing an application to employ Shraiberg, Ferrara & Landau, P.A. as general bankruptcy counsel, and anticipates filing said application contemporaneously with its case management summary.

{2056/000/00317505}

**WHEREFORE**, the Debtor requests this Court enter an Order: (1) extending the Debtor's deadline to file the case management summary through and including February 12, 2016, and (2) granting for any other relief the Court deems just and equitable.

Respectfully Submitted,

Patrick Dorsey, Esq.
**SHRAIBERG, FERRARA & LANDAU, P.A.**
Proposed Attorneys for the Debtor
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047

By: /s/Patrick Dorsey
    Patrick Dorsey
    Florida Bar. No. 0085841
    pdorsey@sfl-pa.com

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case on this the 10th day of February, 2016.

/s/Patrick Dorsey
Patrick Dorsey