| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | **Fountains of Boynton Associates, Ltd.** <br> Name | EIN | **65–0404407** |
| United States Bankruptcy Court | **Southern District of Florida** | Date case filed for chapter | **11  2/5/16** |
| Case number: | **16–11690–EPK** | | |

# Notice of Chapter 11 Bankruptcy Case

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See box 8 below for more information.)

**You may want to consult an attorney to protect your rights. The bankruptcy clerk's office staff cannot give legal advice.**
**Do not file this notice with any proof of claim or other filing in the case.**

<u>**WARNING TO DEBTOR:**</u> **WITHOUT FURTHER NOTICE OR HEARING THE COURT MAY DISMISS YOUR CASE FOR FAILURE OF THE DEBTOR TO APPEAR AT THE MEETING OF CREDITORS OR FAILURE TO TIMELY FILE REQUIRED SCHEDULES, STATEMENTS OR LISTS.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's Full Name** | Fountains of Boynton Associates, Ltd. | |
| 2. | **All Other Names Used in the Last 8 Years** | | |
| 3. | **Address** | 6849 Cobia Circle <br> Boynton Beach, FL 33437 | |
| 4. | **Debtor's Attorney** <br> (or Pro Se Debtor) <br> Name and address | Bradley S Shraiberg <br> 2385 NW Executive Center Dr. #300 <br> Boca Raton, FL 33431 | Contact phone (561) 443–0801 |
| 5. | **Bankruptcy Clerk's Divisional Office Where Assigned Judge is Chambered** | Flagler Waterview Bldg <br> 1515 N Flagler Dr #801 <br> West Palm Beach FL 33401 | Hours open 8:30 a.m. – 4:00 p.m. <br> Contact Phone (561) 514–4100 |
| | Documents filed conventionally in paper may be filed at any bankruptcy clerk's office location. Documents may be viewed in electronic format via CM/ECF at any clerk's office public terminal (at no charge for viewing) or via PACER on the internet accessible at www.pacer.gov (charges will apply). Case filing and unexpired deadline dates can be obtained by calling the Voice Case Information System toll–free at (866) 222–8029. As mandated by the Department of Homeland Security, ALL visitors (except minors accompanied by an adult) to any federal building or courthouse, must present a current, valid, government issued photo identification (e.g. drivers' license, state identification card, passport, or immigration card.) | | **Note:** The clerk's office is closed on all legal holidays. <br><br> Clerk of Court: **Joseph Falzone** <br> Dated: **2/11/16** |
| 6. | **Meeting of Creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **March 17, 2016 at 10:30 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br> **Flagler Waterview Bldg, 1515 N Flagler Dr Rm 870, West Palm Beach, FL 33401** |

**For more information, see page 2 >**

Debtor  **Fountains of Boynton Associates, Ltd.**                                    Case number **16–11690–EPK**

| | | | |
|---|---|---|---|
| 7. | **Proof of Claim Deadline** | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 6/15/16** |
| | | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 8/3/16** |
| | **When Filing Proofs of Claim:** Claims may be delivered or mailed to the clerk's office. Creditors with internet access have the option to use the electronic claims filing program on the court website at www.flsb.uscourts.gov to electronically file a proof of claim. | **Deadlines for Filing Proof of Claim:** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at  www.flsb.uscourts.gov or any bankruptcy clerk's office.  Your claim will be allowed in the amount scheduled unless:  • your claim is designated as *disputed, contingent,* or *unliquidated*; • you file a proof of claim in a different amount; or • you receive another notice.  If your claim is not scheduled or if your claim is designated as *disputed, contingent,* or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's officei or online at www.pacer.gov  Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. The deadline for filing objections to claims will be established pursuant to Local Rule 3007–1(B)(1).  **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing proofs of claim in this notice apply to all creditors. If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline to file a proof of claim. See also box 9 below. | |
| 8. | **Exception to Discharge Deadline**  The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. Writing a letter to the court or judge is not sufficient. | You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. §1141(d)(6)(A).  **Deadline for Filing the Complaint:**    05/16/2016 | |
| 9. | **Creditors with a Foreign Address** | Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 10. | **Filing a Chapter 11 Bankruptcy Case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| 11. | **Electronic Bankruptcy Noticing** | Parties can choose to receive all notices (including attachments) served by the clerk's office electronically instead of via U.S. Mail. Contact the Bankruptcy Noticing Center at ebn.uscourts.gov for information on or to register for this free service. | |
| 12. | **Translating Services** | Language interpretation of the meeting of creditors will be provided to the debtor at no cost, upon request to the trustee, through a telephone interpreter service. Persons with communications disabilities should contact the U.S. Trustee's office to arrange for translating services at the meeting of creditors. | |
| 13. | **Discharge of Debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. §1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. §1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline in box 8. | |