UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM DIVISION

In re:

FOUNTAINS OF BOYNTON
ASSOCIATES, LTD.                    Case No. 16-11690-EPK

    Debtor.                    Chapter 11
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that true and correct copies of the *Emergency Application to Employ Bradley Shraiberg, Esq. and Shraiberg, Ferrara & Landau, P.A. as General Bankruptcy Counsel to the Debtor Nunc Pro Tunc to February 5, 2016* **[ECF No. 15]**; *Emergency Motion for Authority to Use Cash Collateral Pursuant to 11 U.S.C. § 363 and for Final Hearing* **[ECF No. 17]**; *Notice of Hearing* **[ECF No. 18]**; and *Notice of Evidentiary Hearing* **[ECF No. 19]** were all served via CM/ECF Notice of Electronic Filing to all parties registered to receive electronic noticing in this case, and by First Class US Mail and/or Facsimile Transmittal to the parties listed on the attached service list on this the 12th day of February, 2016.

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

        SHRAIBERG, FERRARA & LANDAU, P.A.
        Proposed Attorneys for the Debtors
        2385 NW Executive Center Drive, #300
        Boca Raton, Florida 33431
        Telephone: 561-443-0800
        Facsimile: 561-998-0047
        Email: bshraiberg@sfl-pa.com

        By: /s/ Bradley S. Shraiberg
            Bradley S. Shraiberg
            Florida Bar. No. 121622

{2056/000/00317781}

## Service List
## Case No. 16-11690-EPK

**Served via CM/ECF:**

    Patrick R Dorsey on behalf of Debtor Fountains of Boynton Associates, Ltd.
    pdorsey@sfl-pa.com, ematteo@sfl-pa.com;dwoodall@sfl-pa.com;scusack@sfl-pa.com

    Sara Holladay-Tobias on behalf of Creditor Hanover Acquisition 3 LLC
    sfhollad@mcguirewoods.com, drogers@mcguirewoods.com

    Orfelia M Mayor on behalf of Creditor Palm Beach County Tax Collector
    omayor@ombankruptcy.com,
    legalservices@pbctax.com;carmen@ombankruptcy.com;cmbk@ombankruptcy.com;omayor@ecf.inforuptcy.com

    Courtney A McCormick on behalf of Creditor Hanover Acquisition 3 LLC
    cmccormick@mcguirewoods.com, sjerreld@mcguirewoods.com;flservice@mcguirewoods.com

    Office of the US Trustee
    USTPRegion21.MM.ECF@usdoj.gov

    Emily Y Rottmann on behalf of Creditor Hanover Acquisition 3 LLC
    erottmann@mcguirewoods.com, clambert@mcguirewoods.com;flservice@mcguirewoods.com

    Bradley S Shraiberg on behalf of Debtor Fountains of Boynton Associates, Ltd.
    bshraiberg@sfl-pa.com, dwoodall@sfl-pa.com;lrosettoparr@sfl-pa.com;scusack@sfl-pa.com;blee@sfl-pa.com;bshraibergecfmail@gmail.com;ematteo@sfl-pa.com

**Served by First Class U.S. Mail**
**And/or Facsimile Transmittal:**

    [to all on attached creditor matrix]

{2056/000/00317781}

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 16-11690-EPK<br>Southern District of Florida<br>West Palm Beach<br>Fri Feb 12 12:29:37 EST 2016 | Fountains of Boynton Associates, Ltd.<br>6849 Cobia Circle<br>Boynton Beach, FL 33437-3644 | Palm Beach County Tax Collector<br>c/o Orfelia M Mayor Esq<br>POB 3715<br>West Palm Beach, FL 33402-3715 |
| AT&T<br>P.O. Box 105262<br>Atlanta, GA 30348-5262 | Advanced Fire & Security<br>PO Box 668370<br>Pompano Beach, FL 33066-8370 | Flatiron Capital Insurance<br>1700 Lincoln Street<br>Denver, CO 80203-4501 |
| Florida Department of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Florida Power & Light<br>General Mail Facility<br>Miami, FL 33188-0001 | Future Energy Solutions Contracts No. 1<br>Prospect Park<br>5400 NW 35th Ave<br>Fort Lauderdale, FL 33309-6303 |
| Hanover Acquisition 3, LLC<br>c/o Emily Y. Rossmann, Esq.<br>McGuireWoods, LLP<br>50 N. Laura Street, Ste 3300<br>Jacksonville, FL 32202-3661 | Hanover Acquisition 3, LLC<br>c/o The Guardian Life Insururance Co<br>7 Hanover Square - Mail Station H20C<br>New York, NY 10004-4025 | Hessler Paint & Decorating Center II, LL<br>4591 W. Atlantic Ave<br>Delray Beach, FL 33445-3834 |
| Internal Revenue Service<br>Attn: Special Procedures<br>P.O. Box 34045<br>Stop 572<br>Jacksonville, FL 32202 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Office of Attorney General<br>State of Florida<br>The Capitol PL-01<br>Tallahassee, FL 32399-1050 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Palm Beach County Water Utilities Dept.<br>9045 Jog Road<br>Boynton Beach, FL 33472-2502 | Republic Services<br>18500 N. Allied Way<br>Phoenix, AZ 85054-3101 |
| SEC Headquarters<br>100 F Street, NE<br>Washington, DC 20549-2001 | Securities and Exchange Commission<br>801 Brickell Ave., Suite 1800<br>Miami, FL 33131-4901 | Specimen Tree and Landscape Service<br>Specialized Industries, Inc.<br>6849 Cobia Circle<br>Boynton Beach, FL 33437-3644 |
| US Attorney Southern District of Florida<br>500 South Australian Avenue<br>Suite 400<br>West Palm Beach, FL 33401-6235 | United States Attorney General's Office<br>US Department of Justice<br>950 Pennsylvania Avenue<br>Washington, DC 20530-0001 | Bradley S Shraiberg<br>2385 NW Executive Center Dr. #300<br>Boca Raton, FL 33431-8530 |
| Patrick R Dorsey<br>2385 NW Executive Ctr Dr # 300<br>Boca Raton, FL 33431-8530 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Hanover Acquisition 3 LLC        (u)West Palm Beach              End of Label Matrix
                                                                    Mailable recipients    24
                                                                    Bypassed recipients     2
                                                                    Total                  26
```