UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-WPB

FEB 12 2016

FILED ____ RECEIVED ____

In re:

FOUNTAINS OF BOYNTON
ASSOCIATES, LTD.,

Case No. 16-bk-11690-EPK
CHAPTER 11

Debtor.

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Thomas R. Walker of the law firm of McGuireWoods LLP, Promenade, 1230 Peachtree Street N.E., Suite 2100, Atlanta, GA 30309-3534, for purposes of appearance as co-counsel on behalf of Creditor, Hanover Acquisition 3 LLC in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Thomas R. Walker to receive electronic filings in this case, and in support thereof states as follows:

1. Thomas R. Walker is not admitted to practice in the Southern District of Florida and is a member in good standing of: (1) Georgia (all State and Federal Courts); and (2) the State Bar of Colorado (inactive).

2. Movant, Courtney A. McCormick Esquire of the law firm of McGuireWoods LLP, 50 N. Laura Street, Suite 3300, Jacksonville, Florida 32202, (904) 798-3200, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file



through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3.  In accordance with the Local Rules of this Court, Thomas R. Walker has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4.  Thomas R. Walker, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Thomas R. Walker at email address twalker@mcguirewoods.com.

WHEREFORE, Movant, Courtney A. McCormick, moves this Court to enter an Order permitting Thomas R. Walker to appear before this Court on behalf of Hanover Acquisitions 3 LLC, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Thomas R. Walker.

McGUIREWOODS LLP

By   /s/ Courtney A. McCormick
     Sara F. Holladay-Tobias (FL Bar No. 26225)
     Emily Y. Rottmann (FL Bar No. 93154)
     Courtney A. McCormick (FL Bar No. 92879)
     50 N. Laura Street, Suite 3300
     Jacksonville, Florida 32202
     (904) 798-3200
     (904) 798-3207 (fax)
     sfhollad@mcguirewoods.com
     erottmann@mcguirewoods.com
     cmccormick@mcguirewoods.com

*Attorneys for Creditor Hanover Acquisition 3 LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

FOUNTAINS OF BOYNTON
ASSOCIATES, LTD.,

Case No. 16-bk-11690-EPK
CHAPTER 11

Debtor.

### CERTIFICATION OF THOMAS R. WALKER

Thomas R. Walker, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the State of Georgia; and (3) the State Bar of Colorado (inactive).

*Thomas R. Walker*
THOMAS R. WALKER

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via Federal Express to the Clerk of the Court using on February 11, 2016. I also certify that the foregoing document is being served this day on the following counsel of record via electronic mail and U.S. Mail:

Bradley S. Shraiberg, Esquire
2385 NW Executive Center Drive
#300
Boca Raton, FL  33431
bshraiberg@sfl-pa.com

*Attorney for Debtor*

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Avenue
Suite 1204
Miami, FL  33130

/s/ *Courtney A. McCormick*
Attorney

75052736v1