UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

FOUNTAINS OF BOYNTON      Case No. 16-11690-EPK
ASSOCIATES, LTD.,

   Debtor.     Chapter 11
_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

    In compliance with Local Rule 2081-1, Fountains of Boynton Associates, Ltd. (the "Debtor"), files this Chapter 11 Case Management Summary.

    The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

    1.    Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition): **February 5, 2016.**

    2.    Names, case numbers and dates of filing of related debtors: **N/A**

    3.    Description of Debtor's business: **The Debtor owns real property (the "Real Property") that is part a shopping mall commonly known as the Fountains of Boynton, which is located at the northwest corner of Jog Road and Boynton Beach Boulevard, in Boynton Beach, Florida.**

    4.    Locations of debtor's operations and whether the business premises are leased or owned: **The Debtor operates out of premises at 6849 Cobia Circle, Boynton, Beach, Florida 33437, but is not an owner or lessee of said premises.**

    5.    Reasons for filing chapter 11: **The Debtor's secured creditor, Hanover Acquisition 3, LLC, filed a foreclosure complaint in October 2015, and the Debtor owes approximately $1.6 million to general unsecured creditors. The Debtor filed this chapter 11 case in order to preserve its going concern value for the benefit of all of its creditors.**

    6.    List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing: **John Kennelly is the president and vice-president of the Debtor. He did not receive a salary or benefits during the year prior to the petition date.**

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition: **The Debtor's year to date gross income is $494,380.34.  The Debtor's gross income for 2015 was $3,397,972.79.**

8. Amounts owed to various creditors:

   a. Obligations owed to priority creditors including priority tax obligations: **None.**

   b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims:

   **Hanover Acquisition 3, LLC—claim in the approximate amount of $50 million that is secured by the Real Property, leases, rents and various categories of personal property including equipment, machinery, fixtures, goods, accounts and general intangibles.**

   **Hessler Paint & Decorating Center II, LLC—claim in the approximate amount of $17,000 that is secured by the Real Property.**

   c. Amount of unsecured non-priority claims: **Approximately $1.67 million.**

9. General description and approximate value of the debtor's assets:

   a. **The Real Property—estimated value of $70 million.**
   b. **BB&T Account No. 8851—petition date balance of $123.06.**
   c. **PNC Account No. 1034—petition date balance of $21,525.29.**

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires.

   a. **Property insurance with Ariel Specialty Insurance Managers.  Policy No. ASSP000025-00.  Total insured value of $20,899,869.  The premium is current and the next payment is due on February 11.  The policy expires on June 11, 2016.**
   b. **Terrorism insurance with Indian Harbor Insurance Company.  Policy No. US00071629SP15A.  Total insured value of $20,899,869.  The premium is current and the next payment is due on February 11.  The policy expires on June 11, 2016.**
   c. **Equipment breakdown insurance with Continental Casualty Company.  Policy No. 6016444700.  Coverage limits of $25,000,000 (property damage), $100,000 (water damage), $500,000 (ordinance of law), $25,000 (spoilage) and $1,000,000 (utility interruption).  The**

    premium is current and the next payment is due on February 11. The policy expires on June 11, 2016.

  d. **General liability insurance with James River Insurance Company. Policy No. 00067169-0.** Coverage limits of $2,000,000 (general aggregate) and $1,000,000 (each occurrence). The premium is current and the next payment is due on February 11. The policy expires on June 11, 2016.

  e. **Umbrella insurance with AIG – Commerce 7 Industry Insurance Company. Policy No. AURA 011736098.** Coverage limits of $25,000,000 for general aggregate and each occurrence. The premium is current and the next payment is due on February 11. The policy expires on June 11, 2016.

11. Number of employees and amounts of wages owed as of petition date: **No employees or wages owed as of the petition date.**

12. Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A): **None.**

13. Anticipated relief to be requested within 14 days from the petition date:

  a. **Application to Employ Bradley Shraiberg, Esq. and Shraiberg, Ferrara & Landau, P.A. as general bankruptcy counsel.**

  b. **Motion to authorize cash collateral use.**

14. Ownership structure of the Debtor: **Limited partnership.**

Dated: February 12, 2016

            DEBTOR IN POSSESSION:

            FOUNTAINS OF BOYNTON ASSOCIATES, LTD.

            By: _____
               John Kennelly

{2056/000/00317453}

Dated February 12, 2016

                Respectfully submitted,

                SHRAIBERG, FERRARA & LANDAU, P.A.
                Proposed Attorneys for the Debtor
                2385 NW Executive Center Drive, #300
                Boca Raton, Florida 33431
                Telephone: 561-443-0800
                Facsimile: 561-998-0047
                bshraiberg@sfl-pa.com
                pdorsey@sfl-pa.com

              By: /s/ Bradley Shraiberg
                    Bradley S. Shraiberg
                    Florida Bar. No. 121622
                    Patrick Dorsey
                    Florida Bar No. 0085841

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case on this the 12th day of February, 2016.

                /s/ Bradley S. Shraiberg
                Bradley S. Shraiberg, Esq.

{2056/000/00317851}