UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

FOUNTAINS OF BOYNTON
ASSOCIATES, LTD.,

Case No. 16-11690-EPK

Debtor.

Chapter 11

_____/

### *EMERGENCY* MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362
### BY WARREN'S SHELL, INC./TENANT and WARREN SECKLER, GUARANTOR

\*\* Emergency Hearing Requested Pursuant to Local Rule 9075-1 \*\*

**The Movants will suffer immediate and irreparable harm if they are unable to defend a state court eviction action filed by the Debtor, pre-petition. Movants reasonably believe that the hearing must be held on or before March 7, 2016 to inform the State Court that the automatic stay has been lifted.**

Warren's Shell, Inc. and Warren Seckler, ("the Movants") hereby file this Emergency Motion for Stay Relief pursuant to 11 U.S.C §362 and in support thereof, respectfully states as follows:

### BACKGROUND

1. The Debtor, Fountains of Boynton Associates, Ltd. and Fountains of Boynton Corporation filed a Landlord/Tenant eviction action (the Eviction Suit") against Movants on December 16, 2015.

2. Movant Warren's Shell, Inc. had been a tenant in good standing at the property located at 9811 Jog Road, Boynton Beach, FL, in the shopping center known as Fountains of Boynton, for ten (10) years from 2005 to June of 2015 and had made all rent payments to Fountains.

1

3. Movants were negotiating in good faith with Debtor as to a lease renewal prior to and subsequent to the expiration of the ten (10) year tenancy in June of 2015 for a lease at a market rate rental level.

4. Prior to Debtor filing a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code, on February 5, 2016, the Debtor's mortgage lender filed a Motion for Appointment of a Receiver (the "Receiver Motion") in a separate foreclosure action against the Debtor, <u>Hanover Acquisition 3, LLC v. John B. Kennelly and Fountains of Boynton Associates, Ltd., Et. Al.</u>, scheduled for hearing on February 8, 2016.

5. Movants filed their Motion to Stay All Proceedings in the Eviction Suit pending a decision as to the appointment of a receiver in foreclosure action. The foreclosure action is now stayed.

6. Debtor has filed its Reply to the Movants' Motion for Stay and a Request for Order Pursuant to Florida Statute, §83.232. The matter is scheduled for hearing on March 7, 2016 at 8:45 a.m. A copy of the Notice of Motion Calendar Hearing is attached as Exhibit "A".

7. Movants require stay relief to assert all defenses and possible counterclaims against the Debtor. Until such time as stay relief is granted, Movants are prohibited from doing so.

8. By reason of these and other circumstances, Movants lack the ability to defend themselves in the Eviction action. Furthermore, Movants require this relief to inform the state court judge that an order for relief has been granted.

WHEREFORE, Movants pray that this Court enter its order granting relief from the automatic stay for the reasons set forth above and for such other and further relief as is just and proper in this matter.

Dated February 29, 2016.

**ATTORNEY CERTIFICATION**

**I HEREBY CERTIFY** *that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in local Rule 2090-1(A).*

                                    Respectfully submitted,

                                    LAW OFFICES OF HARRY J. ROSS
                                    Attorney for Movants
                                    6100 Glades Road, Suite 211
                                    Boca Raton, FL 33434
                                    Tel: (561) 482-2400
                                    Fax: (561) 482-2602

                                    By: _____
                                        HARRY J. ROSS, ESQ.
                                        Fla. Bar No. 846228
                                        hross@hjrlaw.com

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case and John S. Kennelly, Esq., LHPBEARS@aol.com, johnkennelly@gmail.com on this 29th day of February, 2016.

                                      _____
                                      Harry J. Ross

P:\WP51DOCS\CLIENTS\SECKLER WARREN\FOUNTAINS CHAPTER 11 BKC 16-11690-EPK\Stay Relief Motion 2-27-16.docx

# EXHIBIT "A"

Filing # 38335048 E-Filed 02/26/2016 02:40:56 PM

|  |  |
|---|---|
| FOUNTAINS OF BOYNTON ASSOCIATES, LTD. and FOUNTAINS OF BOYNTON CORPORATION, | IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA. |
| Plaintiffs, | CIVIL DIVISION |
| vs. | CASE NO. 502015CA014098XXXXMB |
| WARREN'S SHELL, INC., and WARREN SECKLER, Individually, and UNKNOWN PERSONAL REPRESENTATIVE of THE ESTATE OF CORINNE SECKLER, Individually, and PETER BURFORD, Individually, and CAROL BURFORD, Individually, | NOTICE OF HEARING |
| Defendants. _____/ |  |

## NOTICE OF MOTION CALENDAR HEARING

**YOU ARE HEREBY NOTIFIED** that the undersigned will call up for hearing the following:

| DATE: | Monday, March 7, 2016 |
|---|---|
| TIME: | 8:45 am UMC Calendar |
| JUDGE: | Hon. Gregory Keyser |
| LOCATION: | Courtroom 11-D, Palm Beach County Courthouse, 205 N Dixie Highway West Palm Beach, FL 33401 |
| MATTER: | Defendants' Motion for Stay and Plaintiff's Reply to Defendants' Motion for Stay and Request for Order Pursuant to FSS 83.232 |

-1-

KINDLY BE GOVERNED ACCORDINGLY.

__X___ *Counsel has conferred with all parties who may be affected by the relief sought in the motion in a good faith effort to resolve or narrow the issues raised.*

_____*Counsel has made reasonable efforts to confer with all parties who may be affected by the relief sought in the motion but has been unable to do so.*

Respectfully submitted,

By: ___/s/ John S. Kennelly___
JOHN S. KENNELLY, ESQ.
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered to:

>Christine M. Deis, Esq.
>THE TICKTIN LAW GROUP, P.A.
>Counsel for Defendants
>PETER BURFORD and CAROL BURFORD,
>600 West Hillsboro Boulevard
>Suite 220
>Deerfield Beach, Florida 33441-1610
>Telephone: (954) 570-6757
>Serv548@LegalBrains.com
>
>Harry J. Ross, Esq.
>LAW OFFICES OF HARRY J. ROSS
>Counsel for Defendants
>WARREN'S SHELL, INC. And WARREN SECKLER
>6100 Glades Road, Suite 211
>Boca Raton, Florida 33434
>Telephone: (561) 482-2400
>Facsimile: (561) 482-2602
>eservice@hjrlaw.com

and served through the Court's E-Filing service and by e-mail transmission, this February 26, 2016.

>/s/ John S. Kennelly
>John S. Kennelly, Esq.
>Attorney for Plaintiffs
>6849 Cobia Circle
>Boynton Beach, FL 33437
>Telephone     (561) 369-2303
>Cell          (561) 843-0767
>Facsimile     (561) 369-2320
>Florida Bar No.: 0628281
>e-mail:
>LHPBEARS@aol.com
>johnskennelly@gmail.com