UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM DIVISION

In re:

FOUNTAINS OF BOYNTON
ASSOCIATES, LTD.                                             Case No. 16-11690-EPK

    Debtor.                                                       Chapter 11
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the *Order Granting Ex Parte Motion for Extension of Time to File Schedules and Statements* **[ECF No. 32]** was served via CM/ECF Notice of Electronic Filing to all parties registered to receive electronic noticing in this case, and by First Class US Mail to the parties listed on the attached service list on this the 29th day of February, 2016.

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

                                                   SHRAIBERG, FERRARA & LANDAU, P.A.
                                                   Attorneys for the Debtor
                                                   2385 NW Executive Center Drive, #300
                                                   Boca Raton, Florida 33431
                                                   Telephone: 561-443-0800
                                                   Facsimile: 561-998-0047
                                                   Email: pdorsey@sfl-pa.com

                                       By:  /s/ Patrick Dorsey
                                                   Patrick Dorsey
                                                   Florida Bar. No. 0085841

{2056/000/00320471}

## Service List
## Case No. 16-11690-EPK

**Served via CM/ECF:**

Patrick R Dorsey on behalf of Debtor Fountains of Boynton Associates, Ltd.
pdorsey@sfl-pa.com, ematteo@sfl-pa.com;dwoodall@sfl-pa.com;scusack@sfl-pa.com

Sara Holladay-Tobias on behalf of Creditor Hanover Acquisition 3 LLC
sfhollad@mcguirewoods.com, drogers@mcguirewoods.com

Orfelia M Mayor on behalf of Creditor Palm Beach County Tax Collector
omayor@ombankruptcy.com,
legalservices@pbctax.com;carmen@ombankruptcy.com;cmbk@ombankruptcy.com;omayor@ecf.inforuptcy.com

Courtney A McCormick on behalf of Creditor Hanover Acquisition 3 LLC
cmccormick@mcguirewoods.com, sjerreld@mcguirewoods.com;flservice@mcguirewoods.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Emily Y Rottmann on behalf of Creditor Hanover Acquisition 3 LLC
erottmann@mcguirewoods.com, clambert@mcguirewoods.com;flservice@mcguirewoods.com

Bradley S Shraiberg on behalf of Debtor Fountains of Boynton Associates, Ltd.
bshraiberg@sfl-pa.com, dwoodall@sfl-pa.com;lrosettoparr@sfl-pa.com;scusack@sfl-pa.com;blee@sfl-pa.com;bshraibergecfmail@gmail.com;ematteo@sfl-pa.com

**Served by First Class U.S. Mail:**

[to all on attached creditor matrix]

{2056/000/00320471}

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 16-11690-EPK<br>Southern District of Florida<br>West Palm Beach<br>Mon Feb 29 12:18:26 EST 2016 | Fountains of Boynton Associates, Ltd.<br>6849 Cobia Circle<br>Boynton Beach, FL 33437-3644 | Palm Beach County Tax Collector<br>c/o Orfelia M Mayor Esq<br>POB 3715<br>West Palm Beach, FL 33402-3715 |
| Warren's Shell, Inc.<br>c/o Harry J. Ross, Esq.<br>6100 Glades Road<br>Suite 211<br>Boca Raton, FL 33434-4371 | AT&T<br>P.O. Box 105262<br>Atlanta, GA 30348-5262 | Advanced Fire & Security<br>PO Box 668370<br>Pompano Beach, FL 33066-8370 |
| Flatiron Capital Insurance<br>1700 Lincoln Street<br>Denver, CO 80203-4501 | Florida Department of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Florida Power & Light<br>General Mail Facility<br>Miami, FL 33188-0001 |
| Future Energy Solutions Contracts No. 1<br>Prospect Park<br>5400 NW 35th Ave<br>Fort Lauderdale, FL 33309-6303 | Hanover Acquisition 3, LLC<br>c/o Emily Y. Rossmann, Esq.<br>McGuireWoods, LLP<br>50 N. Laura Street, Ste 3300<br>Jacksonville, FL 32202-3661 | Hanover Acquisition 3, LLC<br>c/o The Guardian Life Insururance Co<br>7 Hanover Square - Mail Station H20C<br>New York, NY 10004-4025 |
| Hessler Paint & Decorating Center II, LL<br>4591 W. Atlantic Ave<br>Delray Beach, FL 33445-3834 | Internal Revenue Service<br>Attn: Special Procedures<br>P.O. Box 34045<br>Stop 572<br>Jacksonville, FL 32202 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Office of Attorney General<br>State of Florida<br>The Capitol PL-01<br>Tallahassee, FL 32399-1050 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Palm Beach County Water Utilities Dept.<br>9045 Jog Road<br>Boynton Beach, FL 33472-2502 |
| Republic Services<br>18500 N. Allied Way<br>Phoenix, AZ 85054-3101 | SEC Headquarters<br>100 F Street, NE<br>Washington, DC 20549-2001 | Securities and Exchange Commission<br>801 Brickell Ave., Suite 1800<br>Miami, FL 33131-4901 |
| Specimen Tree and Landscape Service<br>Specialized Industries, Inc.<br>6849 Cobia Circle<br>Boynton Beach, FL 33437-3644 | US Attorney Southern District of Florida<br>500 South Australian Avenue<br>Suite 400<br>West Palm Beach, FL 33401-6235 | United States Attorney General's Office<br>US Department of Justice<br>950 Pennsylvania Avenue<br>Washington, DC 20530-0001 |
| Bradley S Shraiberg<br>2385 NW Executive Center Dr. #300<br>Boca Raton, FL 33431-8530 | Patrick R Dorsey<br>2385 NW Executive Ctr Dr # 300<br>Boca Raton, FL 33431-8530 | Warren Seckler<br>c/o Harry J. Ross, Esq.<br>6100 Glades Road<br>Suite 211<br>Boca Raton, FL 33434-4371 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Hanover Acquisition 3 LLC          (u)West Palm Beach              End of Label Matrix
                                                                      Mailable recipients    26
                                                                      Bypassed recipients     2
                                                                      Total                  28
```