ORDERED in the Southern District of Florida on ___MAR 3 , 2016___

Erik P. Kimball, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

FOUNTAINS OF BOYNTON
ASSOCIATES, LTD.,

Case No. 16-11690-EPK

Debtor.

Chapter 11

_____/

## ORDER ON

## *EMERGENCY* MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362 BY WARREN'S SHELL, INC./TENANT  and WARREN SECKLER, GUARANTOR

**THIS MATTER** having come before the Court on March 3, 2016 upon the Movants,

Warren's Shell, Inc. and Warren Seckler, Guarantor's Emergency Motion for Stay Relief pursuant

to 11 U.S.C §362 [D.E. #33] and the Court having reviewed the file and being otherwise fully

advised in the premises, it is:

ORDERED AND ADJUDGED that the Motion be, and the same is hereby **GRANTED** and it is further;

ORDERED AND ADJUDGED as follows:

1. Stay Relief is granted to allow Warren's Shell, Inc. and Warren Seckler, Guarantor to litigate the matter in the pending state court eviction proceeding in the 15th Judicial Circuit Court, Fountains of Boynton Associates, Ltd. And Fountains of Boynton Corporation vs. Warren's Shell, Inc. and Warren Seckler, et al, Case No. 502015CA014098XXXXMB.

###

**Submitted by:**
Harry J. Ross, Esq
Law Office of Harry J. Ross
6100 Glades Road, Suite 211
Boca Raton, FL 33434
Telephone:  (561) 482-2400
Facsimile:  (561) 482-2602
hross@hjrlaw.com

**Copies to**:  All parties of record

Attorney HARRY J. ROSS, ESQ is directed to serve copies of this Order to all parties registered to receive such service in this case and John S. Kennelly, Esq., LHPBEARS@aol.com;johnkennelly@gmail.com and file a certificate of service.

P:\WP51DOCS\CLIENTS\SECKLER WARREN\FOUNTAINS CHAPTER 11 BKC 16-11690-EPK\Order Stay Relief 3-2-16.docx