UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE: FOUNTAINS OF BOYNTON
ASSOCIATES, LTD,

CASE NO. 16-11690-EPK
Chapter 7

Debtors.
_____/

### CERTIFICATE OF SERVICE ON ORDER ON EMERGENCY MOTION FOR RELIEF FROM AUTOMATIC STAY

Pursuant to Local Rule 2002(1)(F), I hereby certify that the "Order on Emergency Motion For Relief From The Automatic Stay Pursuant To 11 U.S.C. § 362 by Warren's Shell, Inc./Tenant and Warren Seckler, Guarantor" (Entered On March 3, 2016 [D.E. 37]) was served via notice of electronic filing on March 4, 2016 to:

Office of the United States Trustee - USTPRegion21.MM.ECF@usdoj.gov

John S. Kennelly, Esq. – LHPBEARS@aol.com; johnkennelly@gmail.com

Patrick R Dorsey on behalf of Debtor Fountains of Boynton Associates, Ltd.
pdorsey@sfl-pa.com, ematteo@sfl-pa.com;dwoodall@sfl-pa.com;scusack@sfl-pa.com

Sara Holladay-Tobias on behalf of Creditor Hanover Acquisition 3 LLC
sfhollad@mcguirewoods.com, drogers@mcguirewoods.com

Orfelia M Mayor on behalf of Creditor Palm Beach County Tax Collector
omayor@ombankruptcy.com;legalservices@pbctax.com;carmen@ombankruptcy.com;cmbk@ombankruptcy.com;omayor@ecf.inforuptcy.com

Courtney A McCormick on behalf of Creditor Hanover Acquisition 3 LLC
cmccormick@mcguirewoods.com, sjerreld@mcguirewoods.com;flservice@mcguirewoods.com

Emily Y Rottmann on behalf of Creditor Hanover Acquisition 3 LLC
erottmann@mcguirewoods.com, clambert@mcguirewoods.com;flservice@mcguirewoods.com

Bradley S Shraiberg on behalf of Debtor Fountains of Boynton Associates, Ltd.
bshraiberg@sfl-pa.com, dwoodall@sfl-pa.com;lrosettoparr@sfl-pa.com;scusack@sflpa.com;blee@sfl-pa.com;bshraibergecfmail@gmail.com;ematteo@sfl-pa.com

Thomas R. Walker on behalf of Creditor, Hanover Acquisition 3, LLC –
rwalker@mcguirewoods.com

1

CASE NO. 16-11690-EPK

And by U.S. Mail to all creditors listed on the attached Service List on this 4th day of March, 2016.

                                             LAW OFFICES OF HARRY J. ROSS
                                             Attorney for Warren's Shell and Seckler
                                             6100 Glades Road, Suite 211
                                             Boca Raton, FL 33434
                                             Tel: (561) 482-2400
                                             Fax: (561) 482-2602

                                             By: _____
                                                HARRY J. ROSS, ESQ.
                                                Fla. Bar No. 846228
                                                hross@hjrlaw.com

\\Server1\sys\WP51DOCS\CLIENTS\SECKLER_WARREN\FOUNTAINS CHAPTER 11 BKC 16-11690-EPK\COS Order 03-04-16.docx

CASE NO. 16-11690-EPK

## **SERVICE LIST**

Palm Beach County Tax Collector
c/o Orfelia M Mayor, Esq.
POB 3715
West Palm Beach, FL 33402-3715

AT&T
P.O. Box 105262
Atlanta, GA 30348-5262

Advanced Fire & Security
PO Box 668370
Pompano Beach, FL 33066-8370

Flatiron Capital Insurance
1700 Lincoln Street
Denver, CO 80203-4501

Florida Department of Revenue
PO Box 6668
Tallahassee, FL 32314-6668

Florida Power & Light
General Mail Facility
Miami, FL 33188-0001

Future Energy Solutions Contracts No. 1
Prospect Park
5400 NW 35th Avenue
Fort Lauderdale, FL 33309-6303

Hessler Paint & Decorating Center II, LL
4591 W. Atlantic Avenue
Delray Beach, FL 33445-3834

Internal Revenue Service
Attn: Special Procedures
PO Box 34045
Stop 572
Jacksonville, FL 32202

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

3

Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050

Palm Beach County Water Utilities Dept.
9045 Jog Road
Boynton Beach, FL 33472-2502

Republic Services
18500 N. Allied Way
Phoenix, AZ 85054-3101

SEC Headquarters
100 F Street, NE
Washington, DC 20549-2001

Securities and Exchange Commission
801 Brickell Avenue
Suite 1800
Miami, FL 33131-4901

Specimen Tree and Landscape Service
Specialized Industries, Inc.
6849 Cobia Circle
Boynton Beach, FL 33437-3644

U.S. Attorney Southern District of Florida
500 South Australian Avenue
Suite 400
West Palm Beach, FL 33401-6235

United States Attorney General's Office
US Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530-0001

\\Server1\sys\WP51DOCS\CLIENTS\SECKLER WARREN\FOUNTAINS CHAPTER 11 BKC 16-11690-EPK\COS Hearing 02-29-16.docx