UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

FOUNTAINS OF BOYNTON ASSOCIATES, LTD.,

    Debtor.

_____/

Case No. 16-11690-EPK

Chapter 11

### SECOND *EX PARTE* MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENTS

Fountains of Boynton Associates, Ltd. (the "Debtor"), pursuant to Rules 1007 and 9006 of the Federal Rules of Bankruptcy Procedure, and Local Rules 1007-1(B) and 9013-1(C)(2), request the entry of an order, on an *ex parte* basis, extending the time within which the Debtor must file the schedules, statements, declarations and other documents set forth in Rule 1007. In support of this motion, the Debtor states:

1. On February 5, 2016 the Debtor filed a voluntary petition for relief under chapter 11 the Bankruptcy Code.

2. The § 341 meeting of creditors is scheduled for March 17, 2016. ECF No. 13.

3. By prior order, the Court extended the deadline for the Debtor to file the lists, schedules, statements and other documents set forth in Rule 1007 (together, the "Schedules") by approximately two weeks, through March 7, 2016. ECF No. 32.

4. The Debtor and its counsel are in the process of finalizing the Schedules. However, the representative of the Debtor is also for the representative for Enclave at Hillsboro, LLC *et al.* (together, the "Enclave Entities"), whose jointly administered cases are pending before this Court. *See* Lead Case No. 15-26155-EPK. The deadline for the Enclave Entities to file a chapter 11 plan is also March 7, 2016, and the Debtor representative is working to

{2056/000/00321284}

complete and file said plan today.  *See* ECF No. 76 in Case No. 15-26155-EPK.

5. The Debtor therefore requests the entry of an order briefly extending its deadline to file the Schedules by two (2) days, through March 9, 2016.

6. The Debtor submits that sufficient cause exists in support of the relief requested herein.

7. The Debtor further submits that no creditor or party in interest will suffer prejudice should the Court grant the relief requested.  Extending the deadlines referenced above to March 9 will provide interested parties sufficient notice to review the Schedules prior to the March 17 meeting of creditors.

8. Because the Debtor is not extending the applicable deadline to later than seven days prior to the meeting of creditors, *ex parte* relief is appropriate under Local Rule 9013-1(C)(2).  The Debtors have electronically submitted a proposed order granting the relief requested herein contemporaneously with the filing of this motion.

**WHEREFORE**, the Debtor requests that this Court enter an Order extending the deadline to file the Schedules through March 9, 2016, and for any other relief the Court deems just and equitable.

Dated March 7, 2016                           Respectfully Submitted,

                                                   **SHRAIBERG, FERRARA & LANDAU, P.A.**
Attorneys for the Debtor
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047

By: /s/   Patrick Dorsey
       Patrick Dorsey
       Florida Bar. No. 0085841
       pdorsey@sfl-pa.com

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing to those parties registered to receive electronic noticing in this case and by First Class U.S. Mail to all parties on the attached matrix on this the 7th day of March, 2016.

                                                /s/ Patrick Dorsey
                                                 Patrick Dorsey

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 16-11690-EPK<br>Southern District of Florida<br>West Palm Beach<br>Mon Mar  7 09:44:06 EST 2016 | Fountains of Boynton Associates, Ltd.<br>6849 Cobia Circle<br>Boynton Beach, FL 33437-3644 | Palm Beach County Tax Collector<br>c/o Orfelia M Mayor Esq<br>POB 3715<br>West Palm Beach, FL 33402-3715 |
| Warren's Shell, Inc.<br>c/o Harry J. Ross, Esq.<br>6100 Glades Road<br>Suite 211<br>Boca Raton, FL 33434-4371 | AT&T<br>P.O. Box 105262<br>Atlanta, GA 30348-5262 | Advanced Fire & Security<br>PO Box 668370<br>Pompano Beach, FL 33066-8370 |
| Flatiron Capital Insurance<br>1700 Lincoln Street<br>Denver, CO 80203-4501 | Florida Department of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Florida Power & Light<br>General Mail Facility<br>Miami, FL 33188-0001 |
| Future Energy Solutions Contracts No. 1<br>Prospect Park<br>5400 NW 35th Ave<br>Fort Lauderdale, FL 33309-6303 | Hanover Acquisition 3, LLC<br>c/o Emily Y. Rossmann, Esq.<br>McGuireWoods, LLP<br>50 N. Laura Street, Ste 3300<br>Jacksonville, FL 32202-3661 | Hanover Acquisition 3, LLC<br>c/o The Guardian Life Insururance Co<br>7 Hanover Square - Mail Station H20C<br>New York, NY 10004-4025 |
| Hessler Paint & Decorating Center II, LL<br>4591 W. Atlantic Ave<br>Delray Beach, FL 33445-3834 | Internal Revenue Service<br>Attn: Special Procedures<br>P.O. Box 34045<br>Stop 572<br>Jacksonville, FL 32202 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Office of Attorney General<br>State of Florida<br>The Capitol PL-01<br>Tallahassee, FL 32399-1050 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Palm Beach County Water Utilities Dept.<br>9045 Jog Road<br>Boynton Beach, FL 33472-2502 |
| Republic Services<br>18500 N. Allied Way<br>Phoenix, AZ 85054-3101 | SEC Headquarters<br>100 F Street, NE<br>Washington, DC 20549-2001 | Securities and Exchange Commission<br>801 Brickell Ave., Suite 1800<br>Miami, FL 33131-4901 |
| Specimen Tree and Landscape Service<br>Specialized Industries, Inc.<br>6849 Cobia Circle<br>Boynton Beach, FL 33437-3644 | US Attorney Southern District of Florida<br>500 South Australian Avenue<br>Suite 400<br>West Palm Beach, FL 33401-6235 | United States Attorney General's Office<br>US Department of Justice<br>950 Pennsylvania Avenue<br>Washington, DC 20530-0001 |
| Bradley S Shraiberg<br>2385 NW Executive Center Dr. #300<br>Boca Raton, FL 33431-8530 | Patrick R Dorsey<br>2385 NW Executive Ctr Dr # 300<br>Boca Raton, FL 33431-8530 | Warren Seckler<br>c/o Harry J. Ross, Esq.<br>6100 Glades Road<br>Suite 211<br>Boca Raton, FL 33434-4371 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Hanover Acquisition 3 LLC

(u)West Palm Beach

End of Label Matrix
Mailable recipients    26
Bypassed recipients     2
Total                  28