UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

FOUNTAINS OF BOYNTON                                    Case No. 16-11690-EPK
ASSOCIATES, LTD.,

    Debtor.                                                    Chapter 11
_____/

**SECOND *EX PARTE* MOTION FOR EXTENSION OF TIME
TO FILE SCHEDULES AND STATEMENTS**

Fountains of Boynton Associates, Ltd. (the "Debtor"), pursuant to Rules 1007 and 9006 of the Federal Rules of Bankruptcy Procedure, and Local Rules 1007-1(B) and 9013-1(C)(2), request the entry of an order, on an *ex parte* basis, extending the time within which the Debtor must file the schedules, statements, declarations and other documents set forth in Rule 1007.  In support of this motion, the Debtor states:

1.      On February 5, 2016 the Debtor filed a voluntary petition for relief under chapter 11 the Bankruptcy Code.

2.      The § 341 meeting of creditors is scheduled for March 17, 2016.  ECF No. 13.

3.      By prior order, the Court extended the deadline for the Debtor to file the lists, schedules, statements and other documents set forth in Rule 1007 (together, the "Schedules") by approximately two weeks, through March 7, 2016.  ECF No. 32.

4.      The Debtor and its counsel are in the process of finalizing the Schedules. However, the representative of the Debtor is also for the representative for Enclave at Hillsboro, LLC *et al.* (together, the "Enclave Entities"), whose jointly administered cases are pending before this Court.  *See* Lead Case No. 15-26155-EPK.  The deadline for the Enclave Entities to file a chapter 11 plan is also March 7, 2016, and the Debtor representative is working to

complete and file said plan today.  *See* ECF No. 76 in Case No. 15-26155-EPK.

5.      The Debtor therefore requests the entry of an order briefly extending its deadline to file the Schedules by two (2) days, through March 9, 2016.

6.      The Debtor submits that sufficient cause exists in support of the relief requested herein.

7.      The Debtor further submits that no creditor or party in interest will suffer prejudice should the Court grant the relief requested.  Extending the deadlines referenced above to March 9 will provide interested parties sufficient notice to review the Schedules prior to the March 17 meeting of creditors.

8.      Because the Debtor is not extending the applicable deadline to later than seven days prior to the meeting of creditors, *ex parte* relief is appropriate under Local Rule 9013-1(C)(2).  The Debtors have electronically submitted a proposed order granting the relief requested herein contemporaneously with the filing of this motion.

**WHEREFORE**, the Debtor requests that this Court enter an Order extending the deadline to file the Schedules through March 9, 2016, and for any other relief the Court deems just and equitable.

Dated March 7, 2016                              Respectfully Submitted,

SHRAIBERG, FERRARA & LANDAU, P.A.
Attorneys for the Debtor
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047

By: /s/   Patrick Dorsey
            Patrick Dorsey
            Florida Bar. No. 0085841
            pdorsey@sfl-pa.com

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing to those parties registered to receive electronic noticing in this case and by First Class U.S. Mail to all parties on the attached matrix on this the 7th day of March, 2016.

                            /s/ Patrick Dorsey
                            Patrick Dorsey

Label Matrix for local noticing
113C-9
Case 16-11690-EPK
Southern District of Florida
West Palm Beach
Mon Mar  7 09:44:06 EST 2016

Fountains of Boynton Associates, Ltd.
6849 Cobia Circle
Boynton Beach, FL 33437-3644

Palm Beach County Tax Collector
c/o Orfelia M Mayor Esq
POB 3715
West Palm Beach, FL 33402-3715

Warren's Shell, Inc.
c/o Harry J. Ross, Esq.
6100 Glades Road
Suite 211
Boca Raton, FL 33434-4371

AT&T
P.O. Box 105262
Atlanta, GA 30348-5262

Advanced Fire & Security
PO Box 668370
Pompano Beach, FL 33066-8370

Flatiron Capital Insurance
1700 Lincoln Street
Denver, CO 80203-4501

Florida Department of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

Florida Power & Light
General Mail Facility
Miami, FL 33188-0001

Future Energy Solutions Contracts No. 1
Prospect Park
5400 NW 35th Ave
Fort Lauderdale, FL 33309-6303

Hanover Acquisition 3, LLC
c/o Emily Y. Rossmann, Esq.
McGuireWoods, LLP
50 N. Laura Street, Ste 3300
Jacksonville, FL 32202-3661

Hanover Acquisition 3, LLC
c/o The Guardian Life Insururance Co
7 Hanover Square - Mail Station H20C
New York, NY 10004-4025

Hessler Paint & Decorating Center II, LL
4591 W. Atlantic Ave
Delray Beach, FL 33445-3834

Internal Revenue Service
Attn: Special Procedures
P.O. Box 34045
Stop 572
Jacksonville, FL 32202

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Palm Beach County Water Utilities Dept.
9045 Jog Road
Boynton Beach, FL 33472-2502

Republic Services
18500 N. Allied Way
Phoenix, AZ 85054-3101

SEC Headquarters
100 F Street, NE
Washington, DC 20549-2001

Securities and Exchange Commission
801 Brickell Ave., Suite 1800
Miami, FL 33131-4901

Specimen Tree and Landscape Service
Specialized Industries, Inc.
6849 Cobia Circle
Boynton Beach, FL 33437-3644

US Attorney Southern District of Florida
500 South Australian Avenue
Suite 400
West Palm Beach, FL 33401-6235

United States Attorney General's Office
US Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530-0001

Bradley S Shraiberg
2385 NW Executive Center Dr. #300
Boca Raton, FL 33431-8530

Patrick R Dorsey
2385 NW Executive Ctr Dr # 300
Boca Raton, FL 33431-8530

Warren Seckler
c/o Harry J. Ross, Esq.
6100 Glades Road
Suite 211
Boca Raton, FL 33434-4371

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Hanover Acquisition 3 LLC          (u)West Palm Beach

End of Label Matrix
Mailable recipients     26
Bypassed recipients      2
Total                   28