

ORDERED in the Southern District of Florida on March 8, 2016.

*Erik P. Kimball, Judge*
**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

FOUNTAINS OF BOYNTON  Case No. 16-11690-EPK
ASSOCIATES, LTD.,

    Debtor.  Chapter 11
_____/

**ORDER GRANTING SECOND *EX PARTE* MOTION FOR EXTENSION OF TIME
TO FILE SCHEDULES AND STATEMENTS**

THIS MATTER came before the Court without hearing, upon the *Second Ex Parte Motion for Extension of Time to File Schedules and Statements* (the "Motion") [ECF No. 42] filed by Fountains of Boynton Associates, Ltd. (the "Debtor"). The Court has reviewed the Motion and contents of the case file and is otherwise duly informed. It is

**ORDERED AND ADJUDGED** as follows:

1.    The Motion is **GRANTED**.

{2056/000/00321292}

2. The deadline for the Debtor to file the Schedules is extended through and including March 9, 2016.[1]

# # #

SUBMITTED BY:

Patrick Dorsey, Esq.
**SHRAIBERG, FERRARA & LANDAU, P.A.**
Attorneys for the Debtor
2385 NW Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: pdorsey@sfl-pa.com

Patrick Dorsey, Esq. is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.

---

[1] Capitalized terms shall have the meanings ascribed to them in the Motion unless otherwise defined herein.

{2056/000/00321292}