UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

FOUNTAINS OF BOYNTON
ASSOCIATES, LTD.,

Case No. 16-11690-EPK

   Debtor.

Chapter 11

_____/

**AGREED *EX PARTE* MOTION TO CONTINUE HEARING ON
*EMERGENCY* MOTION FOR AUTHORITY TO USE CASH COLLATERAL**

Fountains of Boynton Associates, Ltd. (the "Debtor"), pursuant to Local Rule 9013-1, requests that the Court continue the final hearing on the *Emergency Motion for Authority to Use Cash Collateral* (the "Cash Collateral Motion") [ECF No. 17], and states:

1. A final hearing on the Cash Collateral Motion is scheduled for March 18, 2016. ECF No. 38.

2. The Debtor requests that the hearing be continued until the week of April 11, in order to provide additional financial information to creditor, Hanover Acquisition 3, LLC ("Hanover") pursuant to an interim cash collateral order. *See* ECF No. 30.

3. Hanover does not object to the relief requested herein.

4. A proposed order granting the relief requested herein shall be uploaded contemporaneously with the filing of this motion.

**WHEREFORE**, the Debtor requests that this Court enter an order (1) granting this motion; (2) continuing the final hearing on the Cash Collateral Motion to the week of April 11, 2016; and (3) granting such other and further relief as the Court deems just and proper.

{2056/000/00321980}

Dated March 15, 2016

                Respectfully submitted,

                **SHRAIBERG, FERRARA & LANDAU, P.A.**
                Attorneys for the Debtor
                2385 NW Executive Center Drive, #300
                Boca Raton, Florida 33431
                Telephone: 561-443-0800
                Facsimile: 561-998-0047

                By:  /s/ Patrick R. Dorsey
                     Patrick R. Dorsey, Esq.
                     Fla. Bar. No. 0085841

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing to those parties registered to receive electronic noticing on March 15, 2016.

                 /s/ Patrick Dorsey
                 Patrick Dorsey