

**ORDERED in the Southern District of Florida on March 16, 2016.**

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

FOUNTAINS OF BOYNTON
ASSOCIATES, LTD.,

Case No. 16-11690-EPK

    Debtor.

Chapter 11

_____/

**FINAL ORDER APPROVING *EMERGENCY* APPLICATION TO EMPLOY
BRADLEY SHRAIBERG, ESQ. AND SHRAIBERG, FERRARA & LANDAU, P.A.
AS GENERAL BANKRUPTCY COUNSEL TO THE DEBTOR
<u>*NUNC PRO TUNC* TO FEBRUARY 5, 2016</u>**

**THIS MATTER** came before the Court for final hearing on March 3, 2016, upon the

*Emergency Application to Employ Bradley Shraiberg, Esq. and Shraiberg, Ferrara & Landau,*

*P.A. as General Bankruptcy Counsel to the Debtor Nunc Pro Tunc to February 5, 2016* (the

{2056/000/00321957}

"Application") [ECF No. 15], the *Affidavit of Proposed Attorney for Debtor* (the "Affidavit") attached thereto and the order approving the employment of Bradley Shraiberg, Esq. and the firm of Shraiberg, Ferrara & Landau, P.A. (together, the "Firm") in this chapter 11 case on an interim basis [ECF No. 24].

The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). The Court is authorized to grant the relief requested in the Application under 11 U.S.C. § 327, Fed. R. Bankr. P. 2014(a), and Local Rule 2014-1.

The Affidavit accompanying the Application makes relevant disclosures as required by Fed. R. Bankr. P. 2014 and Fed. R. Bankr. P. 2016, and constitutes a verified statement demonstrating that the Firm is disinterested as required by 11 U.S.C. § 327.

The Court having reviewed the Application and Affidavit, and being otherwise fully advised in the premises, it is

**ORDERED** that:

1. The Application is **GRANTED**.

2. The employment of the Firm by Fountains of Boynton Associates, Ltd. (the "Debtor") as general bankruptcy counsel in this chapter 11 case is **APPROVED** on a final basis.

3. The employment of the Firm by the Debtor shall be *nunc pro tunc* to the petition date of February 5, 2016.

4. The Firm shall apply for compensation and reimbursement of costs, pursuant to 11 U.S.C. §§ 330 and 331, at its ordinary rates and charges, as they may be adjusted from time to time, for services rendered and costs incurred on behalf of the Debtor.

5. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

# # #

Submitted by:

Patrick Dorsey, Esq.
SHRAIBERG, FERRARA & LANDAU, P.A.
Attorneys for the Debtor
2385 N.W. Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone:  (561) 443-0800
Facsimile:  (561) 998-0047
pdorsey@sfl-pa.com

*Patrick Dorsey, Esq. is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.*