

ORDERED in the Southern District of Florida on March 16, 2016.

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

FOUNTAINS OF BOYNTON                              Case No. 16-11690-EPK
ASSOCIATES, LTD.,

   Debtor.                                              Chapter 11
_____/

**AGREED ORDER GRANTING AGREED *EX PARTE* MOTION
TO CONTINUE HEARING ON *EMERGENCY* MOTION
FOR AUTHORITY TO USE CASH COLLATERAL**

THIS MATTER came before the Court without hearing upon the *Agreed Ex Parte Motion to Continue Hearing on Emergency Motion for Authority to Use Cash Collateral* (the "Agreed Motion") [ECF No. 49] filed by Fountains of Boynton Associates, Ltd. The Court having reviewed the Agreed Motion, finding good cause exists for the relief requested therein and being otherwise duly advised, hereby

**ORDERS AND ADJUDGES** as follows:

1. The Agreed Motion is **GRANTED**.

2. The final hearing on the *Emergency Motion for Authority to Use Cash Collateral* [ECF No. 17] currently scheduled for March 18, 2016 is **CONTINUED** to April 14, 2016 at 2:00 P.M. at the United States Bankruptcy Court, 1515 N. Flagler Drive, 8th Floor, Courtroom "B," West Palm Beach, Florida 33401.

# # #

SUBMITTED BY:

Patrick Dorsey, Esq.
**SHRAIBERG, FERRARA & LANDAU, P.A.**
Attorneys for the Debtor
2385 NW Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: pdorsey@sfl-pa.com

Patrick Dorsey, Esq. is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.

{2056/000/00321981}