UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM DIVISION

In re:

FOUNTAINS OF BOYNTON
ASSOCIATES, LTD.                                         Case No. 16-11690-EPK

    Debtor.                                                        Chapter 11
_____/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that true and correct copies of the *Final Order Approving Emergency Application to Employ Bradley S. Shraiberg and Shraiberg, Ferrara & Landau, P.A. as General Bankruptcy Counsel to the Debtor Nunc Pro Tunc to February 5, 2016* **[ECF No. 52]**; and *Agreed Order Granting Agreed Ex Parte Motion to Continue Hearing on Emergency Motion for Authority to Use Cash Collateral* **[ECF No. 53]** were served via CM/ECF Notice of Electronic Filing to all parties registered to receive electronic noticing in this case, and by First Class US Mail to the parties listed on the attached service list on this the 16th day of March, 2016.

**ATTORNEY CERTIFICATION**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

        SHRAIBERG, FERRARA & LANDAU, P.A.
        Attorneys for the Debtor
        2385 NW Executive Center Drive, #300
        Boca Raton, Florida 33431
        Telephone: 561-443-0800
        Facsimile: 561-998-0047
        Email: bshraiberg@sfl-pa.com

        By: /s/ Bradley S. Shraiberg
            Bradley S. Shraiberg
            Florida Bar. No. 121622

## Service List
## Case No. 16-11690-EPK

**Served via CM/ECF:**

    Patrick R Dorsey on behalf of Debtor Fountains of Boynton Associates, Ltd.
    pdorsey@sfl-pa.com, ematteo@sfl-pa.com;dwoodall@sfl-pa.com;scusack@sfl-pa.com

    Sara Holladay-Tobias on behalf of Creditor Hanover Acquisition 3 LLC
    sfhollad@mcguirewoods.com, drogers@mcguirewoods.com

    Orfelia M Mayor on behalf of Creditor Palm Beach County Tax Collector
    omayor@ombankruptcy.com,
    legalservices@pbctax.com;carmen@ombankruptcy.com;cmbk@ombankruptcy.com;omayor@ecf.inforuptcy.com

    Courtney A McCormick on behalf of Creditor Hanover Acquisition 3 LLC
    cmccormick@mcguirewoods.com, sjerreld@mcguirewoods.com;flservice@mcguirewoods.com

    Office of the US Trustee
    USTPRegion21.MM.ECF@usdoj.gov

    Harry J Ross, Esq on behalf of Interested Party Warren's Shell, Inc.
    hross@hjrlaw.com, jerri@hjrlaw.com

    Harry J Ross, Esq on behalf of Interested Party Warren Seckler
    hross@hjrlaw.com, jerri@hjrlaw.com

    Emily Y Rottmann on behalf of Creditor Hanover Acquisition 3 LLC
    erottmann@mcguirewoods.com, clambert@mcguirewoods.com;flservice@mcguirewoods.com

    Bradley S Shraiberg on behalf of Debtor Fountains of Boynton Associates, Ltd.
    bshraiberg@sfl-pa.com, dwoodall@sfl-pa.com;lrosettoparr@sfl-pa.com;scusack@sfl-pa.com;blee@sfl-pa.com;bshraibergecfmail@gmail.com;ematteo@sfl-pa.com

**Served by First Class U.S. Mail:**

    [to all on attached creditor matrix]

```
Label Matrix for local noticing          Fountains of Boynton Associates, Ltd.   Palm Beach County Tax Collector
113C-9                                   6849 Cobia Circle                       c/o Orfelia M Mayor Esq
Case 16-11690-EPK                        Boynton Beach, FL 33437-3644            POB 3715
Southern District of Florida                                                     West Palm Beach, FL 33402-3715
West Palm Beach
Wed Mar 16 13:52:46 EDT 2016

Warren's Shell, Inc.                     AT&T                                    Advanced Fire & Security
c/o Harry J. Ross, Esq.                  P.O. Box 105262                         PO Box 668370
6100 Glades Road                         Atlanta, GA 30348-5262                  Pompano Beach, FL 33066-8370
Suite 211
Boca Raton, FL 33434-4371

Flatiron Capital Insurance               Florida Department of Revenue           Florida Power & Light
1700 Lincoln Street                      P.O. Box 6668                           General Mail Facility
Denver, CO 80203-4501                    Tallahassee, FL 32314-6668              Miami, FL 33188-0001


Future Energy Solutions Contracts No. 1  Hanover Acquisition 3, LLC              Hanover Acquisition 3, LLC
Prospect Park                            c/o Emily Y. Rossmann, Esq.             c/o The Guardian Life Insururance Co
5400 NW 35th Ave                         McGuireWoods, LLP                       7 Hanover Square - Mail Station H20C
Fort Lauderdale, FL 33309-6303           50 N. Laura Street, Ste 3300            New York, NY 10004-4025
                                         Jacksonville, FL 32202-3661

Hessler Paint & Decorating Center II, LL Internal Revenue Service                Internal Revenue Service
4591 W. Atlantic Ave                     Attn: Special Procedures                P.O. Box 7346
Delray Beach, FL 33445-3834              P.O. Box 34045                          Philadelphia, PA 19101-7346
                                         Stop 572
                                         Jacksonville, FL 32202

Office of Attorney General               Office of the US Trustee                Palm Beach County Water Utilities Dept.
State of Florida                         51 S.W. 1st Ave.                        9045 Jog Road
The Capitol PL-01                        Suite 1204                              Boynton Beach, FL 33472-2502
Tallahassee, FL 32399-1050               Miami, FL 33130-1614

Republic Services                        SEC Headquarters                        Securities and Exchange Commission
18500 N. Allied Way                      100 F Street, NE                        801 Brickell Ave., Suite 1800
Phoenix, AZ 85054-3101                   Washington, DC 20549-2001               Miami, FL 33131-4901

Specimen Tree and Landscape Service      US Attorney Southern District of Florida United States Attorney General's Office
Specialized Industries, Inc.             500 South Australian Avenue             US Department of Justice
6849 Cobia Circle                        Suite 400                               950 Pennsylvania Avenue
Boynton Beach, FL 33437-3644             West Palm Beach, FL 33401-6235          Washington, DC 20530-0001


Bradley S Shraiberg                      Patrick R Dorsey                        Warren Seckler
2385 NW Executive Center Dr. #300        2385 NW Executive Ctr Dr # 300          c/o Harry J. Ross, Esq.
Boca Raton, FL 33431-8530                Boca Raton, FL 33431-8530               6100 Glades Road
                                                                                 Suite 211
                                                                                 Boca Raton, FL 33434-4371
```

                The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Hanover Acquisition 3 LLC     (u)West Palm Beach                    End of Label Matrix
                                                                       Mailable recipients    26
                                                                       Bypassed recipients     2
                                                                       Total                  28