**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF FLORIDA**

In re:                                                                                          Case No. 16-11690-EPK
                                                                                                 Chapter 11

   Fountains of Boynton, Ltd.     Debtor    /

## NOTICE OF RULE 2004 EXAMINATION

Hanover Acquisition 3 LLC by the undersigned attorney, will examine John B. Kennelly on behalf of the Debtor, under oath on **April 6, 2016**, at **10:00 a.m.**, at **the offices of Shraiberg, Ferrara & Landau, P.A., 2385 N.W. Executive Center Drive, Suite 300, Boca Raton, Florida 33431**. The examination may continue from day to day until completed. If the examinee receives this notice less than 14 days prior to the scheduled examination date, the examination will be rescheduled upon timely request to a mutually agreeable time.

The examination is pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1, and will be recorded by this method: audio recording. The scope of the examination shall be as described in Bankruptcy Rule 2004.

Pursuant to Local Rule 2004-1 no order shall be necessary.

☒ Production: The examinee or his representatives must also bring to the examination for inspection and copying the following:

1. **Any documents required to be produced by any cash collateral orders entered in the above-captioned bankruptcy case that have not already been produced; and**

2. **Copies of the following checks written on the Account of Boynton Waters Realty:**

   - Check 1148 (1/7/16) - $50,000
   - Check 1149 (1/13/16) - $30,000
   - Check 1152 (1/19/16) - $30,000
   - Check 1153 (1/22/16) - $50,000
   - Check 1154 (1/26/16) - $50,000

I CERTIFY that pursuant to Local Rule 2004-1(A), a true copy of this notice was filed electronically with the court using CM/ECF on March 23, 2016. I also certify that a true copy of this notice was sent by certified U.S. mail on the following recipients on March 23, 2016:

| Fountains of Boynton, Ltd. | Bradley S. Shraiberg & |
|---|---|
| c/o John B. Kennelly | Patrick R. Dorsey |
| Manager | 2385 NW Executive Ctr Dr. |
| 6849 Cobia Circle | #300 |
| Boynton Beach, FL 33437 | Boca Raton, FL 33431 |
| *Debtor and Examinee* | bshraiberg@sfl-pa.com |
| | pdorsey@sfl-pa.com |
| | *Attorneys for Debtor* |

McGUIREWOODS LLP

By    */s/ Thomas R. Walker*
      Sara F. Holladay-Tobias (FL Bar No. 26225)
      Emily Y. Rottmann (FL Bar No. 93154)
      Courtney A. McCormick (FL Bar No. 92879)
      50 N. Laura Street, Suite 3300
      Jacksonville, Florida 32202
      (904) 798-3200
      (904) 798-3207 (fax)
      cmccormick@mcguirewoods.com

      -and-

      Thomas R. Walker *(Admitted Pro Hac Vice)*
      1230 Peachtree Street N.E., Suite 2100
      Atlanta, GA 30309
      (404) 443-5705
      (404) 443-5763 (fax)
      trwalker@mcguirewoods.com

      *Attorneys for Hanover Acquisition 3 LLC*

76274640_2.docx