

**ORDERED in the Southern District of Florida on June 17, 2016.**

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

FOUNTAINS OF BOYNTON
ASSOCIATES, LTD.,

Case No. 16-11690-EPK

   Debtor.

Chapter 11

_____/

**ORDER GRANTING EMERGENCY MOTION FOR INTERIM AUTHORIZATION TO ENTER INTO COMMERCIAL PREMIUM FINANCE AGREEMENT PURSUANT TO 11 U.S.C §§ 105(a), 363(b) AND 364(c)**

**THIS MATTER** came before the Court for hearing on June 15, 2016 upon the Debtor in Possession, Fountains of Boynton Associates, Ltd.'s (the "Debtor") *Emergency Motion for Interim Authorization to Enter into Commercial Premium Finance Agreement Pursuant to 11 U.S.C. §§ 105(a), 363(b) and 364(c)* (the "Motion") [ECF No. 81], through which the Debtor sought authorization to enter into a finance agreement (the "Finance Agreement") with AFCO Credit Corporation ("AFCO") in order to finance the Debtor's insurance coverage and provide AFCO with adequate protection. A copy of the Finance Agreement is attached to the Motion as

{2056/000/00336323}

Exhibit "A". The Court, having reviewed the Motion, having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein, and being otherwise fully advised in the premises, hereby:

**FINDS AND CONCLUDES AS FOLLOWS:**

The Debtor has demonstrated sufficient cause to grant the relief requested in the Motion and set forth in this Order under sections 105(a), 363(b) and 364(c) of the Bankruptcy Code.

Based on the foregoing, and upon the record made before this Court at the hearing on the Motion, and good and sufficient cause appearing therefor, it is hereby:

**ORDERED AND ADJUDGED** that:

1. The Motion is **GRANTED**.

2. The Debtor is hereby authorized to enter into and to perform under the Finance Agreement and to execute and deliver such documents and amendments to the Finance Agreement that the Debtor and AFCO may deem reasonably necessary or desirable to carry out the Finance Agreement.

3. The provisions of the Finance Agreement that provide AFCO with adequate protection of its interest are hereby approved.

4. The full rights of AFCO pursuant to the Finance Agreement and controlling state law are fully preserved and protected, and are and shall remain unimpaired by the pendency of this bankruptcy case or any subsequent conversion of the case or appointment of a trustee.

5. In the event that the Debtor defaults under the terms of the Finance Agreement –

   a. AFCO shall provide notice of such default to the Debtor's secured lender, Hanover Acquisition 3, LLC ("Hanover") by sending such notice to

       Hanover's counsel, Thomas R. Walker (McGuireWoods LLP), via facsimile to (404) 443-5763 and e-mail to trwalker@mcguirewoods.com;

    b.    AFCO may, in accordance with the terms of the Finance Agreement, cancel the insurance policies listed in the Finance Agreement, provided that notice of default was provided to Hanover as set forth above at least three (3) business days prior to the effective date of the insurance cancellation; and

    c.    Subject to the provisions of this Order, AFCO may exercise such rights as it may otherwise have under state law but for the pendency of this proceeding and, without the necessity of further application to this Court, cancel all insurance policies listed in the Finance Agreement, and receive and apply all unearned insurance premiums to the account of the Debtor. In the event that, after such application of unearned premiums, any sums still remain due to AFCO pursuant to the Finance Agreement, such deficiency shall be deemed an administrative expense of the estate.

6.    The Debtor is authorized and directed to timely make all payments due under the Finance Agreement and AFCO is authorized to receive and apply such payments to the indebtedness owed by the Debtor to AFCO as provided in the Finance Agreement.

7.    AFCO, or any third party, including an insurance company providing the coverage under the policies listed in the Finance Agreement, shall comply with the notice provisions and other provisions of the Finance Agreement.

8. This Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation and interpretation of this Order or the Finance Agreement.

### 

Submitted by:

Patrick Dorsey, Esq.
SHRAIBERG, FERRARA & LANDAU, P.A.
Attorney for the Debtor
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047

Copies to:
Patrick Dorsey, Esq.
[Attorney Patrick Dorsey is directed to serve a conformed copy of this Order to all interested parties immediately upon receipt and shall file a certificate of service with the Clerk].